UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexander Matthews,
Dba Washington DC Permit Expeditors
Plaintiff

V.                                              Civil No: 1:22-cv-03440-JMC

1101 K Street Restaurant LLC,
2401 Restaurant Corporation, et al
defendants

## MOTION TO REINSTATE CASE

Comes now Plaintiff Alexander Matthews, pro se, as follows:

The plaintiff this morning the plaintiff inadvertently missed the status conference due to a family emergency. The plaintiff just received a minute order from the Court stated that the case has been dismissed for failure to prosecute. The plaintiff very humbly and respectfully reminds the Court that the plaintiff earlier this year filed the motion to proceed with the case due to non-activity in the case. The plaintiff also very humbly and respectfully avers to the court that this case is very important to him and his business due to the amount of money that he lost in this case and that the plaintiff has now entered into the process of retaining council to represent him in this case going forward. The plaintiff very respectfully asked the plaintiff to please reinstate the case and give him one more opportunity to get this case on track so that it can be heard on its merits.

The plaintiff prays for the relief requested .

Very Respectfully

**Alexander Matthews**


**RECEIVED**

MAY 14 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## CERTIFICATE OF SERVICE

I hereby certify on May 14th , 2024  that I caused a copy of the foregoing document  to be served via electronic mail to the following: mdouglas@kalbianhagerty.com

/s/     Alexander Matthews
[typed name]