UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Alexander Matthews,
Dba Washington DC Permit Expeditors
Plaintiff

V.                                                         Civil No: 1:22-cv-03440-JMC

1101 K Street Restaurant LLC,
2401 Restaurant Corporation, et al
defendants

### Reply To Court's 5/14/24 Order

Comes now Plaintiff Alexander Matthews, pro se, as follows:

1. Yesterday the Court issued an order directing the plaintiff to clarify certain procedural postures relating to his filing. The plaintiff somehow never received the prior order directing him to do so, and apologizes to the Court for that, it was not intentional.
2. To answer the Court's questions, the plaintiff is in fact a sole proprietorship under " Alexander Matthews Dba Washington DC Permit Expeditors" in relation to his DC license used to file this suit . The plaintiff is not a corporate entity and filed no corporate articles of incorporation- the plaintiff in fact has no separate legal existence outside of Alexander Matthews, "Washington DC Permit Expeditors" is simply an authorized trade name for the Plaintiff in the District of Columbia.
Therefore, as a matter of law the plaintiff is proceeding personally and not as a corporate entity in this instant action. The plaintiff misspoke when he alleged earlier in the complaint that " **his business is a "company organized and existing under the laws of the District of Columbia",** there he was only intending to state that he had a business license for his sole proprietorship.

Wherefore the Plaintiff prays the answers have satisfied the Court's inquiries.

Alexander Matthews



5/15/2024

**RECEIVED**

MAY 15 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify on May 15th , 2024  that I caused a copy of the foregoing document  to be served via electronic mail to the following: mdouglas@kalbianhagerty.com

/s/      Alexander Matthews
[typed name]